## United States District Court
## Western District of Kentucky
### Louisville Division

Roy C. Neal
        **Petitioner**

vs.

                                          No. 3:18CV-125-RGJ

Lelia A. Vanhoose, et al.
        **Respondents**

### Respondent Beshear's Motion to File Response to Objections to Report

\* \* \* \* \* \* \* \* \* \* \* \* \*

Respondents Vanhoose, Parks, Brock, Bolcas, Carson, Chandler, Mudd, Powers, and Spears have filed their Objections to Magistrate Judge's Report and Recommendations. DN 13. They object to the recommendation that Respondent Beshear (Attorney General of Kentucky) be dismissed as a party. Pursuant to Local Rule 72.2, Respondent Beshear requests permission to file the response tendered with this motion. A response is necessary because the objections assert arguments not previously raised in the pleadings and which are not well grounded.

Respectfully Submitted,


**ANDY BESHEAR**
Attorney General of Kentucky

/s/ *James C. Shackelford*

**James C. Shackelford**
Assistant Attorney General
Office of the Attorney General
1024 Capital Center Drive
Frankfort, Kentucky 40061-8204
(502) 696-5342
Counsel for Respondent Beshear


## NOTICE AND CERTIFICATE

On March 13, 2019 I electronically filed this document through the ECF system which constitutes service on Hon. Maureen Sullivan and Hon. Kristin Wehking, both ECF participants.

/s/ *James C. Shackelford*
Assistant Attorney General