

## JUSTICE AND PUBLIC SAFETY CABINET

Steven L. Beshear
Governor

**Department of Corrections**
P.O. Box 2400
Frankfort, Kentucky 40602
Phone (502) 564-4726
Fax (502) 564-5037
www.kentucky.gov

J. Michael Brown
Secretary

LaDonna H. Thompson
Commissioner

June 4, 2008

Mr. Roy Neal
9107 Cobalt Way
Stockbridge, Georgia 30281

Mr. Neal,

Please be advised, effective May 27, 2008, the Kentucky Parole Board has amended your special conditions of supervision to include a restitution obligation in the amount of $78,681.05. This restitution must be paid at a rate of $200.00 a month. This addition is the result of an action filed by the Jefferson County Commonwealth's Attorney's Office and failure to comply with this condition can result in parole revocation. It is also imperative to note that your release from parole supervision is now based upon when you have paid this restitution amount in full but at this time you shall be permitted to remain on inactive supervision.

You are expected to commence making payments within 30 days of this notice and payment instructions are listed below. Mail payment in the form of a money order paid to the Jefferson County Circuit Court-Criminal Division at:

Jefferson County Circuit Court Criminal Division Att.: Accounting
Jefferson County Judicial Center 3rd Floor, Room 331
700 West Jefferson Street
Louisville, KY 40202

You may contact the clerk's office by phone at 502 595-3055. When submitting a payment include your case numbers (00-CR-1557, 00-CR-2531, 00-CR-2661, 00-CR-2714, 00-CR0366 and 01-CR-0898) and state the payment is for restitution. Personal checks will not be accepted. Should you have any questions or concerns you may contact me at 502 564 4221 extension 325.

Angela D. Tolley
Deputy Compact Administrator/Parole

