UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:18-CV-125-RGJ

ROY C. NEAL                                                                    PETITIONER

V.

MOTION FOR EXTENSION OF TIME

LEILA A. VANHOOSE et al                                     RESPONDENTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

      Come the Respondents, Leila Vanhoose, Larry Brock, Michael Bolcas, George Carson, Melissa Chandler, Caroline Mudd, Neeka Parks, Robert Powers, and Amanda Spears, by counsel, and moves the Court for an extension of time, up to and including January 23, 2021, to file a response to Petitioner's motion for summary judgment. In support of their motion, Respondents state that counsel for Attorney General Daniel Cameron, Jenny L. Sanders, entered an appearance in this action on December 10, 2020 [DN 24]. Counsel requests additional time to confer with Mr. Cameron's counsel regarding this case prior to filing a response to the motion for summary judgment.

      This request for additional time is not intended to harass Petitioner or delay these proceedings. Furthermore, Petitioner will not be prejudiced by granting Respondents the requested additional time.

WHEREFORE, Respondents request an extension of time, up to and including January 23, 2021, to file a response to Petitioner's motion for summary judgment.

Respectfully submitted,

/s/ *Kristin Wehking*
Kristin Wehking
Staff Attorney
Justice and Public Safety Cabinet
Office of Legal Services
125 Holmes Street
Frankfort, Kentucky 40601
Phone: (502) 564-8225
Kristinl.wehking@ky.gov

*Counsel for Respondents Leila Vanhoose, Larry Brock, Michael Bolcas, George Carson, Melissa Chandler, Caroline Mudd, Neeka Parks, Robert Powers, and Amanda Spears*

CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I electronically filed this document with the Court by using the CM/ECF system.

/s/ *Kristin Wehking*
Kristin Wehking

*Counsel for Respondents Leila Vanhoose, Larry Brock, Michael Bolcas, George Carson, Melissa Chandler, Caroline Mudd, Neeka Parks, Robert Powers, and Amanda Spears*