UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ROY C. NEAL                                                                                        Petitioner

v.                                                                                Civil Action No. 3:18-cv-125-RGJ-CHL

LELIA A. VANHOOSE, et al.,                                                            Respondents

\* \* \* \* \*

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") filed by Petitioner Roy C. Neal ("Neal"). [DE 1]. This matter was referred to United States Magistrate Judge Colin H. Lindsay for report and recommendation. [DE 5]. The Respondents filed a Response in opposition [DE 22] and Neal did not file a Reply. Neal filed a Motion for Summary Judgment. [DE 23] and Respondents filed a counter Motion for Summary Judgment [DE 27]. Neal did not file a response to Respondents' Motion for Summary Judgment. Judge Lindsay entered his Report and Recommendation [DE 29] on July 7, 2021, recommending that the Petition be construed as one under 28 U.S.C. 2254, that both Neal's Petition and Motion for Summary Judgment be denied [DE 23], that Respondents' Motion for Summary Judgement be granted [DE 27], and a certificate of appealability be denied.

Objections to the magistrate judge's recommendation were due within fourteen days after service. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Objections were thus due on July 21, 2021 and objections were never filed and the time for doing so has passed. This matter is now ripe for adjudication.

A district court may refer a motion to a magistrate judge for the preparation of a report and recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b)(1). "A magistrate judge must

promptly conduct the required proceedings . . . [and] enter a recommended disposition, including, if appropriate, proposed findings of fact." Fed. R. Civ. P. 72(b)(1). This Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The Court need not review under a *de novo* or any other standard those aspects of the report and recommendation to which no specific objection is made and may adopt the findings and rulings of the magistrate judge to which no specific objection is filed *Thomas v. Arn,* 474 U.S. 140, 150, 155 (1985).

Here, because no party has objected to the Report and Recommendation, the Court may accept it without review. *See Thomas*, 474 U.S. at 150, 155. That said, the Court has conducted its own review of the record and finds no error in the magistrate judge's findings and conclusions. For these reasons, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1)     The Report and Recommendation of the United States Magistrate Judge Colin H. Lindsay, [DE 29], is **ACCEPTED** in whole and **INCORPORATED** by reference.

(2) Roy C. Neal's Motion for Summary Judgment [DE 23] is **DENIED.**

(3)  Respondents' Motion for Summary Judgment [DE 27] is **GRANTED**.

(4)  A Certificate of Appealability is **DENIED** as to all claims.

(5)     A separate judgment shall issue this date.

Rebecca Grady Jennings, District Judge
United States District Court

July 30, 2021

cc: Counsel of Record

2